IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nava, Nicolas | Case Number: 07 B 03064 |
|---|---|---|
| | Nava, Alicia | Judge: Hollis, Pamela S |
| | Printed: 8/21/07 | Filed: 2/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: May 31, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 660.00 |  |
| Secured: |  | 511.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 112.69 |
| Trustee Fee: |  | 35.64 |
| Other Funds: |  | 0.00 |
| Totals: | 660.00 | 660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 112.69 |
| 2. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 416.85 | 168.99 |
| 4. | Great American Finance Company | Secured | 1,726.62 | 174.50 |
| 5. | American General Finance | Secured | 1,870.62 | 168.18 |
| 6. | Dovenmuehle Mortgage | Secured | 17,418.20 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 289.63 | 0.00 |
| 8. | National Capital Management | Unsecured | 4.23 | 0.00 |
| 9. | T Mobile | Unsecured | 23.49 | 0.00 |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | CNG Financial | Unsecured | | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | DL Recovery | Unsecured | | No Claim Filed |
| 15. | GC Services | Unsecured | | No Claim Filed |
| 16. | Harris Bank | Unsecured | | No Claim Filed |
| 17. | MCI | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 24. | Sprint | Unsecured | | No Claim Filed |
| 25. | PRI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nava, Nicolas | Case Number: 07 B 03064 |
|---|---|---|
| | Nava, Alicia | Judge: Hollis, Pamela S |
| | Printed: 8/21/07 | Filed: 2/22/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Pay Day Loan | Unsecured | | No Claim Filed |
| 27. | ACMC Physicians Services | Unsecured | | No Claim Filed |
| 28. | Rena Ware | Unsecured | | No Claim Filed |
| 29. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | Verizon Wireless | Unsecured | | No Claim Filed |
| 32. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,249.64 | $ 624.36 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 35.64 |
| | _____ |
| | $ 35.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)